# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AHAIWE,<br><br>    Petitioner,<br><br>    v.<br><br>COLLETTE PETERS, et al.,<br><br>    Respondents. | No. 5:24-cv-02576-JGB-BFM<br>No. 2:24-cv-11238-JGB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Respondent's Motion to Dismiss in No. 2:24-cv-11238 (ECF 10) is granted;
3. Petitioner's Petitions in both No. 2:24-cv-11238 and in No. 5:24-cv-

|   |   |   |
|---|---|---|
| 1 |    | 2576 are denied; |
| 2 | 4. | Petitioner's Motion to compel production of discovery in No. 5:24-cv-02576 (ECF 30) is denied as moot; |
| 4 | 5. | Petitioner's Motions for Construction of Justice (ECF 20 in No. 2:24-cv-11238; ECF 40 in 5:24-cv-02576) are denied for the reasons stated in the Magistrate Judge's Order Extending Time to File Objections; |
| 8 | 6. | Petitioner's Motions for Certificate of Appealability (ECF 39 in No. 5:24-cv-02576 and ECF 19 in No. 2:24-cv-11238) are denied, as no certificate of appealability is required to appeal from an order denying a 2241 petition. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997) ("The plain language of section 2253(c)(1) does not require a COA here because this is an appeal from an order denying a 28 U.S.C. § 2241 petition that is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court."); |
| 17 | 7. | Judgment shall be entered dismissing these actions with prejudice; and |
| 19 | 8. | The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record. |

DATED: September 5, 2025

_____

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2