JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VICTOR AHAIWE

      Petitioner,

    v.

COLLETTE PETERS, et al,

      RespondentS.

No. 5:24-cv-02576-JGB-BFM
No. 2:24-cv-11238-JGB-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: September 5, 2025

_____

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE